Cameron MOSTAGHIM,
Plaintiff–Appellant,

v.

FASHION INSTITUTE OF TECHNOLOGY STUDENT ASSOCIATION, Educational Foundation for the Fashion Industries, City University of New York, State University of New York, Robert L. King, Matthew Goldstein, Joyce Brown, Herb Cohen, Dario Cortes, Carol Litt, Carol Adelson, Jimmy Newcomer, Joanne Arbuckle, Linda Tain, Mickee La Varnway, Lisa Donofrio, Collette Wong, Valerie Fuhr, Karen Scheetz, Ari Vega, Nancy Grossman, Jeffrey Slonim, Ellen Conovitz, Kenneth Drayton, Jessica Dean, Theresa Moody, John Does (1–100), Jane Does (1–100), Defendants–Appellees.

No. 02–7883.

United States Court of Appeals,
Second Circuit.

March 14, 2003.

Cameron Mostaghim, for Appellant pro se.

**498**

James P. O'Brian, Nixon Peabody LLP, Garden City, NY, for defendants-appellees Fashion Institute of Technology Student Association, Educational Foundation for the Fashion Industries, Joyce Brown, Herb Cohen, Dario Cortes, Carol Litt, Carol Adelson, Jimmy Newcomer, Joanne Arbuckle, Linda Tain, Mickee La Varnway, Lisa Donofrio, Collette Wong, Valerie Fuhr, Karen Scheetz, Ari Vega, Nancy Grossman, Jeffrey Slonim, Ellen Conovitz, Kenneth Drayton, Jessica Dean, Theresa Moody, John Does (1–100), Jane Does (1–100).

Deon J. Nossel, Assistant Solicitor General (Daniel J. Chepaitis, Assistant Solicitor General, Eliot Spitzer, Attorney General of the State of New York, on the brief), Office of the Attorney General of the State of New York, New York, New York, for defendants-appellees City University of New York, State University of New York, Robert L. King, Matthew Goldstein, of counsel.

PRESENT: MESKILL, CARDAMONE, and CABRANES, Circuit Judges.

### SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 14th day of March, two thousand and three.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.

Plaintiff Cameron Mostaghim appeals from orders of the District Court dismissing certain of his claims and from the judgment of the District Court granting summary judgment to the defendants on all remaining claims. Having reviewed all of the Appellant's claims, and finding in them no merit, the orders and judgment of the District Court are AFFIRMED.